UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

United Steel, Paper and Forestry, Rubber,    Case No. 0:06-cv-03495 RHK/JSM
Manufacturing, Energy, Allied Industrial and
Service Workers International Union, AFL-CIO,
CLC, Charles Charbonneau, Shirley DeGavinnie,
Jim Ellis, Jon Olson, and Michael Riley,

                    Plaintiffs,

v.                                                                                    **ORDER**

Carlisle Power Transmission Products, Inc.,

                    Defendant.

_____

WHEREAS, in response to the Court=s Order dated March 8, 2007 in this matter, counsel for Plaintiffs, Mark W. Bay, has advised the Court that the parties request that Defendant have until Tuesday, March 27, 2007, to answer or otherwise respond to the Complaint filed herein;

NOW, THEREFORE, it is hereby ORDERED that Defendant Carlisle Power Transmission Products, Inc., shall file an answer or otherwise make and file an appearance in this matter on or before Tuesday, March 27, 2007.


Dated:  March  13 , 2007           s/Richard H. Kyle
                                                  Richard H. Kyle
                                                  United States District Judge