## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC, et al., | Civil No. 06-3495 (RHK/JSM) |
| | **ORDER** |
| Plaintiffs, | |
| v. | |
| Carlisle Power Transmission Products, Inc., | |
| Defendant. | |

_____

      This matter is before the Court upon the Stipulation of the parties to Extend Defendant's Time to Answer or Otherwise Respond to the Complaint (Doc. No. 15).  Based on the parties' Stipulation, the Court will hear Defendant's Motion to Dismiss on May 15, 2007

Dated:   April 13, 2007

                                            s/Richard H. Kyle
                                            Richard H. Kyle
                                            United States District Judge